IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JOSEPH SALAZAR,

        Plaintiff,                    No. 2:11-cv-03276 GEB KJN PS

     v.

BRIAN T. MOYNIHAN, et al.,

        Defendants.            ORDER TO SHOW CAUSE

/

       Plaintiff filed his complaint and an application for a temporary restraining order on December 12, 2011.[1] The court denied plaintiff's application for a temporary restraining order on December 12, 2011, and no further activity appears to have occurred in this case since that date. There is no indication on the court's docket that plaintiff attempted to serve, or actually served, any of the defendants with the summons, complaint, and related documents.

       In relevant part, Federal Rule of Civil Procedure 4(m) provides:

> **(m) Time Limit for Service.** If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1 for service for an appropriate period.

2 Plaintiff filed his complaint on December 12, 2011, and service has not been effectuated on any
3 defendant. Accordingly, the undersigned orders plaintiff to show cause why his case should not
4 be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

5 For the foregoing reasons, IT IS HEREBY ORDERED that:

6 1. No later than June 29, 2012, plaintiff shall show cause in writing why his
7 case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

8 2. Plaintiff's failure to file the required response shall constitute plaintiff's
9 consent to the dismissal of his case without prejudice.

10 IT IS SO ORDERED.

11 DATED: May 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE